Julia Azrael (Bar No. 109049)
John S. Curtis (Bar No. 50350)
**LAW OFFICES OF JULIA AZRAEL**
5200 Lankershim Boulevard, Suite 850
North Hollywood, California 91601
Telephone: (818) 766-5177
Facsimile: (818) 766-5047

Attorneys for Defendants PROGRESSIVE CASUALTY INSURANCE COMPANY, PROGRESSIVE GROUP OF INSURANCE COMPANIES, DRIVE INSURANCE and GLENN RENWICK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTRAM BUCKLEY,<br><br>           Plaintiff,<br><br>     vs.<br><br>JAMES CRACCHIOLO, et al.,<br><br>           Defendants. | CASE NO. CV13-4609-CAS (PJW)<br><br>Case Assigned to the Honorable Christina A. Snyder – Ctrm. 5<br><br>[Complaint Filed: June 4, 2013]<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

The Court, having considered the Stipulation of Plaintiff and Defendants hereby dismisses Case No. CV13-04609 CAS (PJW) with prejudice in accordance with the terms of that stipulation.

**IT IS SO ORDERED.**

DATED:   July 11, 2014

_____
CHRISTINA A. SNYDER
Judge of the United States District Court